UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY MCVAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARVARD BUSINESS PUBLISHING CORPORATION,<br><br>Defendant. | Case No. 1:22-cv-00802-HYJ-RSK<br><br>Chief Judge Hala Y. Jarbou |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Timothy McVay hereby dismisses all claims against Defendant Harvard Business Publishing Corporation with prejudice.  Each party shall bear its own attorneys' fees and costs.

Dated: May 25, 2023          Respectfully submitted,

                                      */s/ Philip L. Fraietta*

                                      Philip L. Fraietta (P85228)
                                      Joseph I. Marchese
                                      **BURSOR & FISHER, P.A.**
                                      888 Seventh Avenue
                                      New York, New York 10019
                                      Tel: 646.837.7150
                                      Fax: 212.989.9163
                                      pfraietta@bursor.com
                                      jmarchese@bursor.com

                                      E. Powell Miller (P39487)
                                      Sharon S. Almonrode (P33938)
                                      Dennis A. Lienhardt (P81118)
                                      William Kalas (P82113)
                                      **THE MILLER LAW FIRM, P.C.**

950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

Frank S. Hedin
David W. Hall
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Counsel for Plaintiff and the Putative Class*