UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY MCVAY,

    Plaintiff,

v.

                                  Case No. 1:22-cv-802

HARVARD BUSINESS PUBLISHING
CORPORATION,

                                  Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER OF DISMISSAL

The Court having reviewed the parties' stipulation for dismissal (ECF No. 48),

**IT IS ORDERED** that the parties' stipulation for dismissal (ECF No. 48) is **GRANTED**; this action is **DISMISSED** with prejudice and with each party to bear their own attorneys' fees and costs.

Dated: May 30, 2023                 /s/Hala Y. Jarbou
                                              HALA Y. JARBOU
                                              CHIEF UNITED STATES DISTRICT JUDGE